

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | 2:11-CR-425-LDG (PAL) |
| ) | |
| JOHN DOE a.k.a. VLAD-IOAN POP,  ) | |
| ) | |
| Defendant.  ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 10, 2012, defendant JOHN DOE a.k.a. VLAD-IOAN POP pled guilty to Count Nine of a Nine-Count Criminal Indictment charging him with Aggravated Identity Theft, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4) and 1029(a)(1). Docket #8.

This Court finds defendant JOHN DOE a.k.a. VLAD-IOAN POP agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum. #8.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and Plea Memorandum and the offense to which defendant JOHN DOE a.k.a. VLAD-IOAN POP pled guilty.

. . .

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code,
3  Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United
4  States Code, Section 853(p):

5  1. Under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United
6  States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United
7  States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p) for violations
8  of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4) and 1029(a)(1), Defendant
9  knowingly and voluntarily agrees to the abandonment, the civil administrative forfeiture, the
10 civil judicial forfeiture, or the criminal forfeiture of:

   a) approximately eight (8) Wal-Mart gift cards containing Chase Bank debit card account information for accounts:
      1) in the name of R.H., account number ending in X-8434;
      2) in the name of L.L., account number ending in X-0474;
      3) in the name of A.A., account number ending in X-8035;
      4) in the name of D.F., account number ending in X-4269;
      5) in the name of D.S., account number ending in X-6526;
      6) in the name of J.T., account number ending in X-7936;
      7) in the name of D.S., account number ending in X-6260;
      8) in the name of G.S., account number ending in X-3366;
      and their corresponding Personal Identification Numbers (PINs).
   b) approximately eighteen (18) Wal-Mart gift cards containing Chase Bank debit card account information for accounts:
      1) in the name of A.M., account number ending in X-6852;
      2) in the name of F.O., account number ending in X-1846;
      3) in the name of C.S., account number ending in X-6008;

4) in the name of D.K., account number ending in X-3429;

5) in the name of J.V., account number ending in X-0404;

6) in the name of M.C., account number ending in X-2524;

7) in the name of R.D., account number ending in X-2312;

8) in the name of A.P., account number ending in X-8505;

9) in the name of L.T., account number ending in X-5080;

10) in the name of V.C., account number ending in X-5323;

11) in the name of O.J., account number ending in X-9081;

12) in the name of R.R., account number ending in X-1722;

13) in the name of R.R., account number ending in X-0001;

14) in the name of M.H., account number ending in X-2656;

15) in the name of V.P., account number ending in X-9959;

16) in the name of D.C., account number ending in X-7880;

17) in the name of J.R., account number ending in X-9528;

18) in the name of E.W., account number ending in X-9359; and their corresponding Personal Identification Numbers (PINs).

c) approximately twelve (12) counterfeit access devices containing unauthorized account information, Wal-Mart gift cards containing Chase Bank debit card account information for accounts:

1) in the name of A.L., account number ending in X-8052;

2) in the name of M.S., account number ending in X-8352;

3) in the name of K.M., account number ending in X-1996;

4) in the name of J.C., account number ending in X-7589;

5) in the name of D.B., account number ending in X-3373;

6) in the name of R.S., account number ending in X-6613;

7) in the name of M.T., account number ending in X-8173;

        8)    in the name of L.V., account number ending in X-5239;

        9)    in the name of M.P., account number ending in X-8133;

        10)    in the name of D.F., account number ending in X-8888;

        11)    in the name of J.S., account number ending in X-7340;

        12)    in the name of A.T., account number ending in X-6609; and their corresponding Personal Identification Numbers (PINs);

    d)    approximately two hundred and one (201) Wal-Mart gift cards containing unauthorized magnetic bank debit card account information and corresponding Personal Identification Numbers (PINs) for approximately two hundred and one (201) Chase Bank victim bank accounts;

    e)    approximately two hundred and one (201) stolen credit and debit card account numbers, issued to persons other than the defendants, which were re-encoded on the magnetic strips of Wal-mart gift cards, and were bearing the accounts' corresponding Personal Identification Numbers (PINs); and

    f)    an in personam criminal forfeiture money judgment of $43,000.00 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOHN DOE a.k.a. VLAD-IOAN POP in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _10_ day of _Feb._, 2012.

_____
UNITED STATES DISTRICT JUDGE