

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) 2:11-CR-425-LDG (PAL) |
| JOHN DOE, aka,<br>VLAD-IOAN POP, | )<br>)<br>) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On February 13, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant JOHN DOE, aka, VLAD-IOAN POP, to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant JOHN DOE, aka, VLAD-IOAN POP, pled guilty. Indictment, ECF No. 8. Minutes of Change of Plea Proceedings, ECF No. 34; Plea Memorandum, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 30.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from February 16, 2012, through March 16, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 35.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), and shall be disposed of according to law:

    a) approximately eight (8) Wal-Mart gift cards containing Chase Bank debit card account information for accounts:
   1) in the name of R.H., account number ending in X-8434;
   2) in the name of L.L., account number ending in X-0474;
   3) in the name of A.A., account number ending in X-8035;
   4) in the name of D.F., account number ending in X-4269;
   5) in the name of D.S., account number ending in X-6526;
   6) in the name of J.T., account number ending in X-7936;
   7) in the name of D.S., account number ending in X-6260;
   8) in the name of G.S., account number ending in X-3366;
   and their corresponding Personal Identification Numbers (PINs);

    b) approximately eighteen (18) Wal-Mart gift cards containing Chase Bank debit card account information for accounts:

        1)     in the name of A.M., account number ending in X-6852;
        2)     in the name of F.O., account number ending in X-1846;
        3)     in the name of C.S., account number ending in X-6008;
        4)     in the name of D.K., account number ending in X-3429;
        5)     in the name of J.V., account number ending in X-0404;
        6)     in the name of M.C., account number ending in X-2524;
        7)     in the name of R.D., account number ending in X-2312;
        8)     in the name of A.P., account number ending in X-8505;
        9)     in the name of L.T., account number ending in X-5080;
        10)    in the name of V.C., account number ending in X-5323;
        11)    in the name of O.J., account number ending in X-9081;
        12)    in the name of R.R., account number ending in X-1722;
        13)    in the name of R.R., account number ending in X-0001;
        14)    in the name of M.H., account number ending in X-2656;
        15)    in the name of V.P., account number ending in X-9959;
        16)    in the name of D.C., account number ending in X-7880;
        17)    in the name of J.R., account number ending in X-9528;
        18)    in the name of E.W., account number ending in X-9359; and

their corresponding Personal Identification Numbers (PINs);

    c)     approximately twelve (12) counterfeit access devices containing unauthorized account information, Wal-Mart gift cards containing Chase Bank debit card account information for accounts:

        1)     in the name of A.L., account number ending in X-8052;
        2)     in the name of M.S., account number ending in X-8352;
        3)     in the name of K.M., account number ending in X-1996;
        4)     in the name of J.C., account number ending in X-7589;

        5)      in the name of D.B., account number ending in X-3373;

        6)      in the name of R.S., account number ending in X-6613;

        7)      in the name of M.T., account number ending in X-8173;

        8)      in the name of L.V., account number ending in X-5239;

        9)      in the name of M.P., account number ending in X-8133;

        10)    in the name of D.F., account number ending in X-8888;

        11)    in the name of J.S., account number ending in X-7340;

        12)    in the name of A.T., account number ending in X-6609; and

their corresponding Personal Identification Numbers (PINs);

    d)    approximately two hundred and one (201) Wal-Mart gift cards containing unauthorized magnetic bank debit card account information and corresponding Personal Identification Numbers (PINs) for approximately two hundred and one (201) Chase Bank victim bank accounts;

    e)    approximately two hundred and one (201) stolen credit and debit card account numbers, issued to persons other than the defendants, which were re-encoded on the magnetic strips of Wal-mart gift cards, and were bearing the accounts' corresponding Personal Identification Numbers (PINs); and

    f)    an in personam criminal forfeiture money judgment of $43,000.00 in United States Currency ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

1     The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 certified copies to the United States Attorney's Office.

3     DATED this \_\_8\_\_ day of \_\_June\_\_, 2012.

_[signature]_
UNITED STATES DISTRICT JUDGE